1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WAYNE JEROME ROBERTSON,                    No.  2:17-cv-01426 WBS DB P

12                       Plaintiff,

13            v.                                ORDER

14   T. KRAUSE,

15                       Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 23, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within thirty days.  (ECF No. 53.)  Neither

23   party has filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   ////

27   ////

28   ////

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2022 (ECF No. 53), are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 48) is granted; and

3. The Clerk of Court is directed to close this case.

Dated:  March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/robe1426.801

2